# Financial Affidavit

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

Case Name _____ Case No. _____

**Name of Defendant/Person Represented**  Eric Poemoceah

DIRECTIONS: PLEASE ANSWER ALL OF THE QUESTIONS BELOW AND SIGN AND DATE THIS AFFIDAVIT.

1. **Do you currently work?**
   ☒ No .... Date you last worked Feb 22nd 2017  Monthly income $15,000
   ☐ Yes.... Name of employer _____ Monthly income $_____

2. **Are you married?**
   ☒ No .... Indicate marital status: ☒ Single  ☐ Widowed  ☐ Separated or divorced
   ☐ Yes .... How much does your spouse earn per month? $ 0

3. **Are you under age 21?**
   ☒ No
   ☐ Yes .... What is your parent or guardian's approximate monthly income? $ 0

4. **Do you have any money (in cash or bank accounts)?**
   ☐ No
   ☒ Yes .... State total amount $ 28.00 and location(s) Lawton, OK
   .... Please identify form of currency, if not U.S. funds _____

5. **Do you own other valuable property such as a house, real estate, stocks, bonds, notes, or vehicles?**
   ☐ No
   ☒ Yes .... Describe property and state its value: 1985 Chevy Pickup

6. **Within the past 12 months have you received any income from any other source such as from self-employment, business, rent payments, interest, dividends, inheritance, retirement benefits, social security, or disability payments?**
   ☐ No
   ☒ Yes ... List amount received and identify source $1,500.00 Per Capita

7. **List the people you financially support and their relationship to you:**
   Sister Tasha Poemoceah
   Niece Amaie Poemoceah

8. **List the names of your creditors (people or companies you owe money to). State your monthly payments and the total amount you owe:**
   Camanche County Memorial $70,000

9. *I certify under penalty of perjury that all of the information I have provided above is true and correct.*

12/11/19                              [signature] Eric Poemoceah
Date                                   Signature of Defendant/Person Represented

---

**FOR COURT USE ONLY**

Qualification _____   Partial Qualification _____   No Qualification _____

Date _____   Judicial Officer's Initials _____