# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Eric Wayne Poemoceah | ) | |
| Plaintiff, | ) | **ORDER OF RECUSAL** |
| vs. | ) | |
| Morton County, North Dakota; et al., | ) | Case No.: 1:20-cv-053 |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 455(a), the undersigned recuses himself from hearing or determining any proceeding in this case.

**IT IS SO ORDERED.**

Dated this 9th day of April, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court